UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

RONALD L. BASKETT, )
)
    Plaintiff, ) Case No. C06-0338-RSM-JPD
)
v. )
)
)
KING COUNTY DEPARTMENT OF ) ORDER DISMISSING § 1983 ACTION
CORRECTIONS, BARBARA MINER, )
and CINDY GOSK, )
)
    Defendants. )
_____)

    The matter comes before the Court on plaintiff's Objections to the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge. (Dkt. #6). In addition, since Judge Donohue issued his R&R, plaintiff has filed a Motion for Guardian Ad Litem (Dkt. #7), a Motion to Enlarge the Evidence and Supplement the Pleadings (Dkt. #8), and a Motion for Injunction. (Dkt. #9). The Court addresses those motions in this Order as well.

    Having reviewed plaintiff's objections and accompanying motions, along with the balance of the record, the Court does hereby find and ORDER:

    (1)    The Court adopts the Report and Recommendation.

    (2)    The complaint and this action are DISMISSED without prejudice. This dismissal shall count as a strike pursuant to 28 U.S.C. § 1915(g).

    (3)    Plaintiff's Motion for Guardian Ad Litem (Dkt. #7) is DENIED. It appears that plaintiff is seeking a Court-appointed representative to represent his interests in this

ORDER

action. However, plaintiff has failed to provide any indication to this Court that such appointment is necessary, or why he is unable to represent his own interests. Moreover, the Court has determined that plaintiff's complaint is frivolous. Accordingly, the Court finds no basis to grant plaintiff's request.

(4) Plaintiff's Motion to Enlarge the Evidence (Dkt. #8) is DENIED. The Court is dismissing plaintiff's complaint as frivolous. Accordingly, there is nothing left to enlarge or supplement.

(5) Plaintiff's Motion for Injunction (Dkt. #9) is DENIED. Plaintiff asks for an injunction "barring a [sic] erroneous criminal conviction." Essentially, plaintiff seeks the same relief requested in his § 1983 complaint. The Court has found that complaint frivolous. For the same reasons, plaintiff's motion for injunctive relief is denied.

(6) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to Judge Donohue.

DATED this 5th day of May, 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER